UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Kemper Corporate Services, Inc. §
         *Plaintiff* §
   §
   §
v.    §  Case No. 3:17-cv-2769-M
   §
   §
Computer Sciences Corporation, et al. §
         *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.    Applicant is an attorney and a member of the law firm of (or practices under the name of)

Proskauer Rose LLP_____, with offices at

Eleven Times Square_____
(Street Address)

New York_____    New York_____    10036_____
(City)                                          (State)                  (Zip Code)

212-969-3000_____    212-969-2900_____
(Telephone No.)                                (Fax No.)

II.    Applicant will sign all filings with the name Om V. Alladi_____.

III.   Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Computer Sciences Corporation
DXC Technology Company

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.     Applicant is a member in good standing of the bar of the highest court of the state of

_____New York_____, where Applicant regularly practices law.

Bar license number: 5553805          Admission date: October 23, 2017

For Court Use Only.
Bar Status Verified:

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.      Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| N/A. | | |
| | | |
| | | |
| | | |

VI.     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A.

VII.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A.

VIII.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A.

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:         Case No. And Style:

N/A.  _____          _____

N/A.  _____          _____

N/A.  _____          _____
(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Christopher D. Kratovil_____, who has offices at

1717 Main Street, Suite 4200_____
(Street Address)

Dallas_____  Texas_____  75201_____
(City)                             (State)          (Zip Code)

214-462-6458_____  _____
(Telephone No.)                      (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 5_____ day of January_____, 2018_____.

Om V. Alladi_____
Printed Name of Applicant

*/s/ Om Alladi*
Signature

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Kemper Corporate Services, Inc. <br> *Plaintiff* <br><br> v. <br><br> Computer Sciences Corporation and DXC Technology Company <br> *Defendant* | § § § § § § § § § §   Case No. _____3:17-cv-2769-M_____ |

### ORDER FOR ADMISSION *PRO HAC VICE*

The Court has considered the Application for Admission *Pro Hac Vice* of

Om V. Alladi_____.

It is ORDERED that:

☐ the application is granted. The Clerk of Court shall deposit the admission fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).

☐ the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

_____     _____
DATE                                         PRESIDING JUDGE

## CERTIFICATE OF CONFERENCE

In accordance with Local Civil Rule 7.1, Peter J.W. Sherwin, co-counsel for COMPUTER SCIENCES CORPORATION and DXC TECHNOLOGY COMPANY conferred with Paul E. Veith, counsel for KEMPER CORPORATE SERVICES, INC. ("Kemper"), on December 20, 2017, regarding this Application for Admission *Pro Hac Vice*. Kemper does not oppose this Application.

/s/ *Peter J.W. Sherwin*
Peter J.W. Sherwin

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Penny P. Reid
State Bar No. 15402570
preid@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

Paul E. Veith (admitted *pro hac vice*)
pveith@sidley.com
Chris K. Meyer (admitted *pro hac vice*)
cmeyer@sidley.com
Christopher Y. Lee (admitted *pro hac vice*)
chris.lee@sidley.com
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys for Kemper Corporate Services, Inc.*

                                  */s/ Christopher D. Kratovil*
                                  Christopher D. Kratovil

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## OM V. ALLADI

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **October 23, 2017**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

December 15, 2017

_____
Clerk of the Court

8203