IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEMPER CORPORATE SERVICES, INC., | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § | CIVIL NO. 3:17-CV-2769-S |
| COMPUTER SCIENCES CORPORATION AND DXC TECHNOLOGY COMPANY, Defendants. | | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The defendant's *Petition to Vacate An Arbitration Award*, filed December 6, 2017 (doc. 59), is **DENIED**, and the plaintiff's *Amended Motion to Confirm Arbitration Award*, filed November 17, 2017 (doc. 16) is **GRANTED**. By separate judgment, the arbitrator's Final Award dated November 15, 2017, will be **CONFIRMED**.

SIGNED this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE