IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEMPER CORPORATE SERVICES, INC., | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL NO. 3:17-CV-2769-S |
| COMPUTER SCIENCES CORPORATION AND DXC TECHNOLOGY COMPANY, | | |
| Defendants. | | |

## FINAL JUDGMENT

This Judgment is issued as provided by FED. R. CIV. P. 58(a).

It is ORDERED, ADJUDGED, and DECREED that *Defendants' Petition to Vacate An Arbitration Award*, filed December 6, 2017 (doc. 59), is **DENIED**, and *Plaintiff's Amended Motion to Confirm Arbitration Award*, filed November 17, 2017 (doc. 16), is **GRANTED**.

It is further ORDERED, ADJUDGED, and DECREED that

1. Plaintiff Kemper Corporate Services, Inc., shall recover damages from Computer Sciences Corporation and DXC Technology Company in the sum of $ 91,472,676.23, plus post-award interest at the rate of 9% per annum, from November 15, 2017, until the date of this judgment.

2. Plaintiff Kemper Corporate Services, Inc., shall recover post-judgment interest from Computer Sciences Corporation and DXC Technology Company at the applicable federal rate[1] from the date of this judgment until it is paid in full.

3. This judgment is final, disposes of all claims and all parties, and is appealable.

SIGNED on this 18th day of **September, 2018.**

---

[1] The post-judgment interest rate is based upon the applicable federal rate. *See* 28 U.S.C. § 1961.

Case 3:17-cv-02769-S-BH   Document 84   Filed 09/18/18   Page 2 of 2   PageID 4726

September 18 2018

_____
UNITED STATES DISTRICT JUDGE