IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEMPER CORPORATE SERVICES, INC., | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:17-cv-2769-S |
| COMPUTER SCIENCES CORPORATION and DXC TECHNOLOGY COMPANY, | § § § § | Consolidated with Civil Action No. 3:18-cv-0651-S |
| Defendants. | § § | |

## SECOND PARTIAL SATISFACTION OF JUDGMENT

WHEREAS plaintiff Kemper Corporate Services, Inc. ("Kemper") filed an *Amended Motion to Confirm Arbitration Award* (the "Motion to Confirm"), defendants Computer Sciences Corporation and DXC Technology Company (together, "CSC") filed a *Petition to Vacate An Arbitration Award* (the "Motion to Vacate"), the Court granted the Motion to Confirm, denied the Motion to Vacate, and entered on September 26, 2018 an Amended Final Judgment in favor of Kemper and against CSC in the amount of $141,700,592.23 plus post-judgment interest from the date of entry until paid in full, and CSC has appealed from that order and judgment (the "Appeal");

WHEREAS, on September 26, 2018, CSC partially satisfied the Amended Final Judgment by paying Kemper the sum of $35,677,981.23 (the "First Partial Payment Amount"), and Kemper filed a Partial Satisfaction of Judgment with respect to that payment;

WHEREAS CSC has now further partially satisfied the Amended Final Judgment by paying Kemper the additional sum of $19,783,062 plus post-judgment interest thereon (the "Second Partial Payment Amount");

WHEREAS, the sum of $86,239,549, plus post-judgment interest thereon from the date of entry of the Amended Final Judgment until it is paid in full, now constitutes the remaining unpaid amount of the Amended Final Judgment (the "Updated Remaining Unpaid Amount");

WHEREAS the First Partial Payment Amount plus the Second Partial Payment Amount satisfy all portions of the Amended Final Judgment that are not the subject of the Motion to Vacate and the Appeal, including all pre-judgment and post-judgment interest thereon; and

WHEREAS CSC's payment and Kemper's receipt of the First Partial Payment Amount and the Second Partial Payment Amount do not prejudice or in any way compromise: (a) CSC's Motion to Vacate and the Appeal; and (b) Kemper's right to pursue collection of the Updated Remaining Unpaid Amount from CSC or its surety upon the expiration of any stay of execution and/or enforcement pending appeal.

THEREFORE, the additional partial satisfaction of the Amended Final Judgment in the amount of $19,783,062 plus all post-judgment interest thereon is hereby acknowledged, the Clerk of the Court is hereby authorized and directed to make an entry on the docket of this additional partial satisfaction of said judgment to that extent, and the updated remaining unpaid amount of the Amended Final Judgment is the sum of $86,239,549 plus post-judgment interest thereon from the date of entry of the Amended Final Judgment until it is paid in full.

Dated: April 25, 2019
      Chicago, Illinois

                              KEMPER CORPORATE SERVICES, INC.

                              *Francesca J. Robertson* (signature)
                              Name: Francesca J. Robertson
                              Title:  Chief Litigation Counsel

STATE OF ILLINOIS    )
                           ) ss.:
COUNTY OF COOK    )

On the 25th day of April, 2019 before me personally came Francesca J. Robertson to me known and known to be Chief Litigation Counsel for judgment creditor Kemper Corporate Services, Inc., and to be the same person described in and who executed the within partial satisfaction of judgment in that capacity and acknowledged to me that she executed the same and was authorized to do so.

TRINA OATIS-AMISON
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 06, 2021

*Trina Oatis-Amison* (signature)
Notary Public

3

# CERTIFICATE OF SERVICE

I, Paul E. Veith, counsel of record for Kemper Corporate Services, Inc., hereby certify that on April 25, 2019, I electronically filed the foregoing Second Partial Satisfaction of Judgment using the CM/ECF system, which will send notification of such filing to the following:

Christopher D. Kratovil (ckratovil@dykema.com)
Kyle A. Owens (kowens@dykema.com)
**DYKEMA GOSSET PLLC**
1717 Main Street, Suite 4000
Dallas, Texas 75201
Telephone: (214) 462-6400
Fax: (214) 462-6401

Peter J.W. Sherwin (psherwin@proskauer.com)
Mark D. Harris (mharris@proskauer.com)
Ana Vermal (avermal@proskauer.com)
Stacey P. Eilbaum (seilbaum@proskauer.com)
Om Vasudevan Alladi (oalladi@proskauer.com)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Fax: (212) 969-2900

*Counsel for Computer Sciences Corporation and DXC Technology Company*

/s/ Paul E. Veith
Paul E. Veith (pveith@sidley.com) (admitted *pro hac vice*)
Chris K. Meyer (cmeyer@sidley.com) (admitted *pro hac vice*)
Christopher Y. Lee (chris.lee@sidley.com) (admitted *pro hac vice*)
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Penny P. Reid (preid@sidley.com)
State Bar No. 15402570
**SIDLEY AUSTIN LLP**
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

*Counsel for Kemper Corporate Services, Inc.*